IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                Plaintiff,<br><br>vs.<br><br>DEJUAN WYNNE<br><br>                Defendant. | CASE NO. 8:22MJ230<br><br>SUBMISSION OF THE DETERMINATION OF DETENTION OR RELEASE |

Defendant states to the Court as follows:

(1)  I understand that the Court must determine whether I should be detained or released, pending future judicial proceedings.

(2)  I have discussed with my attorney my right to present evidence and make argument on this determination. All the questions I have concerning that right have been answered. I understand that by not requesting a hearing to present evidence and make argument, the Court will make the determination based upon the information within the Court's record.

(3)  At this time, I wish to give up my right to present evidence and make argument on the determination of detention or release and submit the matter to the Court.

_____  May 6, 2022
Defendant                        Date

_____  May 6, 2022
Attorney for Defendant           Date

**ORDER**

**IT IS ORDERED** that Defendant's Submission of the Determination of Detention or Release is hereby accepted, and a separate order will be issued concerning detention or release.

DATED this 6th day of May, 2022.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT